# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

JEFFREY LITTLE, individually and on behalf of all similarly situated persons,

    Plaintiff-Appellee,

v.

WENDY'S INTERNATIONAL, LLC,

    Defendant-Appellant.

No. 24-1232
(D.C. No. 1:23-CV-03056-CYC)
(D. Colo.)

## FOURTH JOINT STATUS REPORT ON DISTRICT COURT PROCEEDINGS

The Parties in this action, Defendant-Appellant Wendy's International, LLC ("Wendy's") and Plaintiff-Appellee Jeffrey Little ("Plaintiff"), individually and on behalf of all similarly situated persons, in compliance with the Court's Order issued on October 21, 2024, hereby file the following Fourth Joint Status Report on the District Court proceedings.

1. As the Court is aware, on November 20, 2024, the Parties filed their first Joint Status Report on the District Court proceedings. No. 24-1232 (10th Cir. filed Nov. 20, 2024). As set forth therein, the Parties informed the Court that they had executed the long-form settlement agreement, and Plaintiff had filed his

unopposed Motion for Order to Preliminarily Approve Class Action Settlement and Preliminary Approval Proposed Order, which remained pending before the District Court. *Id.* at 4; *see also* No. 1:23-cv-3056-MEH (D. Colo. filed Nov. 15, 2024).

2. On December 20, 2025, the Parties filed their Second Joint Status Report on the District Court proceedings. No. 24-1232 (10th Cir. filed Dec. 20, 2024). This report informed the Court that the District Court had yet to issue a decision on the pending motion for preliminary approval.

3. On January 21, 2025, the Parties filed their Third Joint Status Report on the District Court proceedings. No. 24-1232 (10th Cir. filed Jan. 21, 2025). In this report, the Parties notified the Court that the District Court action had been reassigned to Magistrate Judge Chung following Chief Magistrate Judge Hegarty's retirement. *Id.* at 2. Additionally, the Report informed the Court that Plaintiff's preliminary approval motion and proposed order remained pending. *Id.*

4. On February 4, 2025, Magistrate Judge Chung held a telephonic hearing on Plaintiff's preliminary approval motion. No. 1:23-cv-3056-CYC (D. Colo. Feb. 4, 2025) (minute order). Counsel for both Parties were in attendance.

5. As of the filing of this Joint Status Report, the motion for preliminary approval is still pending before the District Court. Wendy's is also actively compiling the necessary data that it will need to provide to the settlement administrator once the motion for preliminary approval is granted.

Respectfully submitted this February 18, 2025.

/s/ *Alexander Hood*
Brian D. Gonzales #29775
THE LAW OFFICES OF BRIAN D. GONZALES, PLLC
2580 East Harmony Road, Suite 201
Fort Collins, Colorado 80528
Telephone: 970.214.0562
Email:
bgonzales@coloradowagelaw.com

Alexander Hood, Atty Reg. # 42775
HOOD LAW OFFICE, PLLC
PO Box 24753
Silverthorne, CO 80497
Telephone: (720) 381-4142
Email: Alex@HoodLawPLLC.com

*Counsel for Plaintiff-Appellee*

/s/ *Jill S. Kirila*
Cole A. Wist, Attorney Reg. 20488
David L. Coats, Attorney Reg. 51561
SQUIRE PATTON BOGGS (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202
Telephone: (303) 830-1776
Facsimile: (303) 894-9239
Email: cole.wist@squirepb.com
Email: david.coats@squirepb.com

Jill S. Kirila
SQUIRE PATTON BOGGS
2000 Huntington Center
41 South High Street
Columbus, OH 43215
Telephone: (614) 365-2700
Email: jill.kirila@squirepb.com

*Counsel for Defendant-Appellant*

- 4 -

## CERTIFICATE OF PRIVACY REDACTIONS

All required privacy redactions pursuant to 10th Cir. R. 25.5 have been made.

| | |
|---|---|
| /s/ *Alexander Hood* | /s/ *Jill S. Kirila* |
| Alexander Hood | Jill S. Kirila |
| *Counsel for Plaintiff-Appellee* | *Counsel for Defendant-Appellant* |

## CERTIFICATE OF SERVICE

We hereby certify that we electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit using the Appellate Electronic Filing system.

| | |
|---|---|
| /s/ *Alexander Hood* | /s/ *Jill S. Kirila* |
| Alexander Hood | Jill S. Kirila |
| | |
| *Counsel for Plaintiff-Appellee* | *Counsel for Defendant-Appellant* |